IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DANIEL T. WEAVER,

    Plaintiff,

v.                               CASE NO. 5:14-cv-197-RS-EMT

OFFICER BIGGERSTAFF,

    Defendant.

_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 7). I have reviewed the report and recommendation *de novo*. No objections were filed.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. This case is **DISMISSED WITHOUT PREJUDICE** for failure to comply with an order of the court.

3. The Clerk is directed to close this case.

**ORDERED** on December 15, 2014.

                                          /S/ Richard Smoak
                                          **RICHARD SMOAK**
                                          **UNITED STATES DISTRICT JUDGE**